UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SAHER FAKHRY ISKANDAR BOULOS,<br><br>Plaintiff,<br><br>v.<br><br>ARAB REPUBLIC OF EGYPT, et al.,<br><br>Defendants. | Case No. 22-cv-03569-LB<br><br>**JUDGMENT** |

On January 20, 2025, the court granted the defendants' motion to dismiss and to enforce the settlement agreement. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 20, 2025

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-03569-LB