UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAHER FAKHRY ISKANDAR BOULOS, | No. 25-2088 |
| Plaintiff - Appellant, | D.C. No. 3:22-cv-03569-LB |
| v. | Northern District of California, San Francisco |
| ARAB REPUBLIC OF EGYPT; et al., | ORDER |
| Defendants - Appellees. | |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The motion (Docket Entry No. 3) to dismiss this appeal for lack of jurisdiction is granted. *See* U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

**DISMISSED.**